1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   RODERICK WASHINGTON,              1:07-cv-01398-AWI-SMS (HC)

12            Petitioner,              ORDER GRANTING PETITIONER'S
                                       REQUEST FOR EXTENSION OF TIME
13        vs.                          TO FILE OBJECTIONS TO FINDINGS
                                       AND RECOMMENDATIONS
14   JOHN DOVEY, et al.,
                                       (DOCUMENT #6)
15            Respondents.
                                       THIRTY-DAY DEADLINE
16   _____/

17        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On October 15, 1007, petitioner filed a motion to extend time to file his

19   objections to the findings and recommendations issued on October 4, 2007.  Good cause having

20   been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY

21   ORDERED that:

22        Petitioner is granted thirty days from the date of service of this order in which to file his

23   objections.

24

25   IT IS SO ORDERED.

26   **Dated:    November 1, 2007**              **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE
27

28