UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | 1:07-CV-01398 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING FINDINGS AND |
| | ) | RECOMMENDATION |
| v. | ) | |
| | ) | [Doc. #5] |
| JOHN DOVEY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 4, 2007, the undersigned issued a Findings and Recommendation that recommended the petition be DISMISSED for failure to exhaust state remedies. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On November 15, 2007, Petitioner filed objections to the Findings and Recommendation. Petitioner contends he has in fact exhausted his state remedies. Upon review of the pleadings Petitioner submitted in support of his objections, it appears Petitioner exhausted his state remedies after he filed the instant petition and during its pendency.

1  Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendation issued
2  October 4, 2007, is VACATED in its entirety.
3  IT IS SO ORDERED.
4  **Dated:   January 10, 2008**               /s/ **Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE