IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODERICK WASHINGTON,**<br><br>                              Petitioner,<br><br>         v.<br><br>**JOHN DOVEY, et al.,**<br><br>                              Respondents. | 1:07-cv-01398 AWI SMS (HC)<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION OR ANSWER**<br><br>**(DOC. #13)** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254.

    On March 10, 2008, Respondent filed a motion to extend time to file a dispositive motion or, alternatively, an Answer to the Petition.

    FOR GOOD CAUSE SHOWN, Respondent is granted an extension of time, to and including April 24, 2008, within which to file a dispositive motion or, alternatively, an Answer to the Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

**Dated:   March 25, 2008**                    /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE