# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, ) | 1:07-CV-01398 AWI SMS HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #26] |
| v. ) | |
| ) | ORDER DISMISSING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS AND DIRECTING |
| JOHN DOVEY, et al., ) | CLERK OF COURT TO ENTER JUDGMENT |
| ) | |
| Respondents. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 19, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for mootness. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

1  and Recommendation is supported by the record and proper analysis.

2       Accordingly, IT IS HEREBY ORDERED that:

3       1. The Findings and Recommendation issued June 19, 2008, is ADOPTED IN FULL;

4       2. Respondent's motion to dismiss is GRANTED;

5       3. The petition for writ of habeas corpus is DISMISSED;

6       4. All pending motions are DENIED as moot;

7       5. The Clerk of the Court is DIRECTED to enter judgment; and

8       6. As this petition challenges a parole decision and a prison disciplinary hearing, a certificate

9  of appealability is not required. Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir.2005).

11  IT IS SO ORDERED.

12  **Dated:   August 15, 2008**           /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE